**260**

## SMITHFIELD PEAT CO., INC.

v.

## SCOTT–LEE CONSTRUCTION CO., INC., et al.

### No. 79–269–A.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for plaintiff.

Letts, Quinn & Licht, Robert N. Huseby, Sr., Providence, for Citizens Savings Bank.

Abedon, Michaelson, Stanzler, Piener, Skolnik & Lipsey, Carol E. Najarian, Providence, for Ralph Camuso and Marion Camuso.

### ORDER

The motion of defendant Citizens Savings Bank to affirm the order of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Thursday, March 6, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

## STATE

v.

## Francis BURKE et al.

### No. 78–221–C.A.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for plaintiff.

David P. Kerins, Newport, for defendant.

### ORDER

The motion of David P. Kerins to withdraw as counsel for defendant is granted effective upon the filing of an entry of appearance by James B. Callahan as defendant's counsel. The defendant's motion to affirm the order of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Monday, April 7, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

## STATE

v.

## Mark BURNS.

### No. 79–520–C.A.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

### ORDER

The defendant's motion for bail pending appeal is denied.

DORIS, J., did not participate.